No. 750, Misc. IN RE STRAIGHT. Supreme Court of Alaska. Certiorari denied.

No. 785, Misc. IN RE TOMICH. Supreme Court of Montana. Certiorari denied.

No. 835, Misc. PIORKOWSKI ET AL. *v.* COUNTY ET AL. Supreme Court of Ohio. Certiorari denied.

No. 844, Misc. WRIGHT *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 852, Misc. BRITT *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. *Aaron Kravitch* for petitioner. *Daniel R. McLeod,* Attorney General of South Carolina, *Everett N. Brandon,* Assistant Attorney General, and *Julian S. Wolfe* for respondent.

No. 884, Misc. WESTBURY *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. *Henry R. Sims II* for petitioner. *Daniel R. McLeod,* Attorney General of South Carolina, for respondent.

No. 908, Misc. ROBILLARD *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Vincent Hallinan* for petitioner. *Stanley Mosk,* Attorney General of California, and *Arlo E. Smith* and *John S. McInerny,* Deputy Attorneys General, for respondent.